UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:  2:00-cv-00104-AB-SK |
| Plaintiff, | [PROPOSED] ORDER GRANTING |
| v. | PLAINTIFF'S APPLICATION |
| KATHLEEN S. SMITH AKA KATHLEEN CHEW AKA KATHLEEN CULLUM AKA CATHLINE SMITH | PERMITTING SERVICE OF PROCESS |
| Defendant. | |

IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of  Process is Granted, and that any agent of DIRECT LEGAL SUPPORT, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed the serve the Writ Issued in this action.

**IT IS ORDERED.**

DATED: October 27, 2017    _____

ANDRÉ BIROTTE JR., DISTRICT JUDGE

UNITED STATES DISTRICT COURT

1